**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

EYE SAFETY SYSTEMS, INC.,

              Plaintiff,

    v.

YEZI OUTDOOR STORE, et al.,

              Defendants.

Case No. 22-cv-01625

**Judge Gary Feinerman**

**Magistrate Judge Sunil R. Harjani**

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on July 11, 2022 [48], in favor of Plaintiff Eye Safety Systems, Inc. ("ESS" or "Plaintiff") against the Defendants Identified in Schedule A in the amounts detailed in the chart below ("Judgment Amount"), and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Judgment Amount | Line No. |
|---|---|---|
| soutong Store | $250 | 57 |
| jianpin Store | $2,115 | 58 |
| nikeoutletstore Store | $250 | 70 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 16th day of September 2022.     Respectfully submitted,

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiff Eye Safety Systems, Inc.*

2