**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

EYE SAFETY SYSTEMS, INC.,

    Plaintiff,

  v.

YEZI OUTDOOR STORE, et al.,

    Defendants.

Case No. 22-cv-01625

**Judge Gary Feinerman**

**Magistrate Judge Sunil R. Harjani**

### SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on July 11, 2022 [48], in favor of Plaintiff Eye Safety Systems, Inc. ("ESS" or "Plaintiff") against the Defendants Identified in Schedule A in the amounts detailed in the chart below ("Judgment Amount"), and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Name | Judgment Amount | Line No. |
|---|---|---|
| 100RBworld Store | $822 | 5 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 21st day of February 2025.    Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiff Eye Safety Systems, Inc.*

2